STATE OF CONNECTICUT *v.* ORIEN THOMAS

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 56 Conn. App. 573 (AC 18512), is denied.

*Lisa A. Riggione,* senior assistant state's attorney, in support of the petition.

*Eugene P. Falco,* special public defender, in opposition.

Decided April 13, 2000

BENJAMIN ANCONA *v.* MANAFORT BROTHERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 701 (AC 18372), is denied.

*Tara K. Lyons* and *Vincent F. Sabatini,* in support of the petition.

*Kenneth R. Slater, Jr.,* in opposition.

Decided April 13, 2000